UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN ODELL LANGFORD,<br><br>Plaintiff<br><br>v.<br><br>CHARLES DANIELS, *et al.*,<br><br>Defendants | Case No. 3:22-cv-00482-MMD-CSD<br><br>ORDER |

*Pro se* Plaintiff Justin Odell Langford brought this civil-rights action under 42 U.S.C. § 1983 to redress constitutional violations that allegedly occurred at Lovelock Correctional Center. (ECF No. 1-1). On November 2, 2022, the Court denied Plaintiff's application to proceed *in forma pauperis* because he had at least three strikes under 28 U.S.C. § 1915(g) and failed to demonstrate that he was under imminent danger of serious physical injury. (ECF No. 3). The Court gave Plaintiff until December 2, 2022, to pay the full $402 filing fee. (*Id.* at 2).

Plaintiff has submitted a motion for a 45-day extension of time to pay the filing fee. (ECF No. 4). He explains that he intends to draw on his prison savings account to pay the filing fee, and that such withdrawals require approval from the Warden and the Deputy Director of Support Services. (*Id.* at 2). According to Plaintiff, it takes prison officials "at least" thirty days to process a withdrawal request, and another three weeks to issue the check. (*Id.*) Thus, Plaintiff claims that he cannot meet the December 2, 2022 deadline. (*Id.*)

Good cause appearing, the Court grants the motion for an extension of time. To proceed with this action, Plaintiff must pay the full $402 filing fee on or before January 17, 2023. Failure to timely pay the full filing fee will result in the dismissal of this action without prejudice.

For the foregoing reasons, it is ordered that the motion for an extension of time (ECF No. 4) is granted. To proceed with this action, Plaintiff must pay the full $402 filing

fee on or before January 17, 2023.

It is further ordered that, if Plaintiff fails to timely pay the full filing fee, this action will be subject to dismissal without prejudice.

DATED: November 7, 2022.

_____
UNITED STATES MAGISTRATE JUDGE