# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUSTIN ODELL LANGFORD,<br><br>  Plaintiff,<br>  v.<br>CHARLES DANIELS, *et al.*,<br><br>  Defendants. | Case No. 3:22-cv-00482-MMD-CSD<br><br>ORDER |

*Pro se* Plaintiff Justin Odell Langford brings this action under 42 U.S.C. § 1983. Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Craig S. Denney (ECF No. 17), recommending that the Court deny Langford's motion for preliminary injunction (ECF No. 5 ("Motion")). Langford had until April 24, 2023 to file an objection. To date, no objection to the R&R has been filed. For this reason, and as explained below, the Court adopts the R&R in full and denies the Motion.

Because there is no objection, the Court need not conduct de novo review and is satisfied Judge Denney did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). Here, Judge Denney recommends denying the Motion because Langford does not dispute that he is on the list to receive Passover meals for 2023 and therefore is not likely to suffer irreparable harm in the absence of injunctive relief. (ECF No. 17 at 4.) Moreover, Langford has not addressed nor demonstrated that he meets the other requirements for injunctive relief. (*Id.*) The Court agrees with Judge Denney. Having reviewed the R&R and the record in this case, the Court will adopt the R&R in full.

It is therefore ordered that Judge Denney's Report and Recommendation (ECF No. 17) is accepted and adopted in full.

It is further ordered that Langford's motion for preliminary injunction (ECF No. 5) is denied.

DATED THIS 1st Day of May 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE