AARON D. FORD
Attorney General
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1150
E-mail: drands@ag.nv.gov

*Attorneys for Defendants*
*Charles Daniels; Scott Davis;*
*Tim Garrett; Mark Lafleur;*
*Lisa Lucas; Gail Waters; Harold Wickham;*
*and Brian Williams*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN ODELL LANGFORD,<br><br>    Plaintiff,<br><br>vs.<br><br>CHARLES DANIELS, et al.<br><br>    Defendants. | Case No. 3:22-cv-00482-MMD-CSD<br><br>**ORDER GRANTING STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff, Justin Odell Langford, in pro se, and Defendant, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by

///
///
///
///
///
///
///

1

order of this Court, with each party to bear their own costs.

DATED this 6TH day of April, 2024.

JUSTIN ODELL LANGFORD
*Plaintiff*

DATED this 10th day of April, 2024

AARON D. FORD
Attorney General

By: _____
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General
*Attorneys for Defendants*

DATED this 10th day of July 2024.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

2

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on then July 9th, 2024, I electronically filed the forgoing **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**, via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail. first-class postage prepaid, at Carson City, Nevada, addressed to the following:

Justin Odell Langford
921 Las Vegas Blvd. Apt. 210
Las Vegas, NV 89101

_____
An employee of the
Office of the Attorney General